IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JORDAN RAY WARD                                                                        PLAINTIFF

v.                                       Case No. 6:17-cv-6031

SHERIFF ED HOLLINGSWORTH and
NEVADA COUNTY, ARKANSAS                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 8, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Federal Rules of Civil Procedure and Local Rules, failure to comply with the Court's order, and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge